UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| STEVEN JAMES TURBEVILLE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:18-CV-64 |
| | ) | REEVES/GUYTON |
| JEREMY MYERS et al., | ) | |
| Defendants. | ) | |

### MEMORANDUM OPINION

Before the Court is United States Magistrate Judge Guyton's Report and Recommendation ("R&R") [D. 4]. Judge Guyton recommends that although Steven Turbeville's motion for leave to proceed *in forma pauperis* [D. 3] should be granted, his complaint should be dismissed for jurisdictional deficiencies. There have been no objections to the R&R, and enough time has passed to treat any objection as forfeited. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2).

After reviewing the record, the Court agrees with the R&R and hereby **ADOPTS** it. For the reasons stated in the R&R, Mr. Turbeville's motion for leave to proceed *in forma pauperis* [D. 3] is **GRANTED**. However, because his complaint [D. 1] must be **DISMISSED** for lack of federal jurisdiction, this suit is hereby **DISMISSED without prejudice**.

_____
UNITED STATES DISTRICT JUDGE

1